the fact that the Defendant had no previous criminal record, the Defendant was a law abiding citizen and only 36 years of age at the time of the crime, and 100 years is not justified to rehabilitate him.

We wish to thank Mr. Leonard Haxby, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman, Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Granite. STATE OF MONTANA, Plaintiff, vs. DONALD RAY SAGE, Defendant.

## DECISION

No. 780

The application of the above-named defendant for a review of the sentence of 40 years  5 years for weapon; consecutive imposed on March 23, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board feels that the sentence imposed was in line with other crimes of the same nature.

We wish to thank Chuck Peterson, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Third Judicial District, County of Powell. STATE OF MONTANA, Plaintiff, vs. MARY AILEEN AST, Defendant.

## DECISION

No. DC-81-42

The application of the above-named defendant for a review of the sentence of 8 years with 4 years suspended imposed on May 18, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

This Board agrees that the Defendant needs supervision. Considering the fact she gathered all the material together and started out with the intent to carry the plan through and considering the potential of what could have happened, the